UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANTHONY HERNANDEZ,

    Plaintiff,

v.                                                        Case No: 5:24-cv-137-JSM-PRL

YOSVANY RODRIGUEZ, UNITED
PARCEL SERVICE, INC., COYOTE
LOGISTICS, LLC, and BIH EXPRESS,
INC.,

    Defendants.

## Order

This personal injury case comes before the Court on Plaintiff's Fifth Motion to Compel Defendant United Parcel Service, Inc.'s Responses and Objections to Plaintiff's First Request to Produce ("Fifth Motion to Compel"). (Doc. 60). Plaintiff requests that the Court compel Defendant United Parcel Service, Inc., an Ohio corporation ("UPS Ohio"), to produce several documents relating to its role and involvement in the transportation cycle of the subject load at the time of the accident and its relationship with the co-defendants in this case. UPS Ohio filed a response in opposition to Plaintiff's Fifth Motion to Compel, stating that it would timely produce various documents in response to Plaintiff's Third Request for Production[1] (which seeks many of the same documents covered by the Fifth Motion to Compel) and therefore render moot Plaintiff's Fifth Motion to Compel. (Doc. 68 at pp. 10-12).

---

[1] Notably, Plaintiff filed the Fifth Motion to Compel on November 14, 2024 (Doc. 60), and then only five days later, on November 19, 2024, Plaintiff served UPS Ohio with the Third Request for Production (Doc. 68-2), which as noted, seeks many of the same documents covered by the Fifth Motion to Compel.

Given that the deadline for UPS Ohio to respond to Plaintiff's Third Request for Production had passed, it was unclear whether Plaintiff's Fifth Motion to Compel directed to UPS Ohio was moot. As a result, the Court directed Plaintiff's counsel to confer with UPS Ohio's counsel in a good faith effort to resolve the issues in Plaintiff's Fifth Motion to Compel and subsequently file a written notice, advising the Court as to whether and to what extent Plaintiff's Fifth Motion to Compel directed to UPS Ohio required resolution by the Court. (Doc. 88).

Plaintiff has now filed a Notice of Withdrawing Plaintiff's Fifth Motion to Compel Defendant United Parcel Service, Inc.'s Responses and Objections to Plaintiff's First Request to Produce and Notice of Compliance with the Court's Order Dated February 3, 2025. (Doc. 90). Plaintiff advises the Court that he withdraws the Fifth Motion to Compel.

Accordingly, Plaintiff's Fifth Motion to Compel Defendant United Parcel Service, Inc.'s Responses and Objections to Plaintiff's First Request to Produce (Doc. 60) is **DENIED as moot**.

**DONE** and **ORDERED** in Ocala, Florida on February 13, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties