# **EXHIBIT "B"**

**Renee Krieger**

| | |
|---|---|
| **From:** | Renee Krieger <renee@ljwlegal.com> |
| **Sent:** | Monday, February 17, 2025 4:18 PM |
| **To:** | Carita Skinner; Asma Patel; merna.zeitoun; Grisell Goffinet |
| **Cc:** | Ryan Wechsler; bsmoak; MMurphy@atslawyers.com; carias@atslawyers.com; ATS service email; ksagel; jescobar; mkemp |
| **Subject:** | SERVICE OF COURT DOCUMENTS - HERNANDEZ V. BIH EXPRESS INC ET AL |
| **Attachments:** | 24.10.23 - P Resp to Defs BIH and Rodriguez RTP.pdf; 24.10.23 - P Privilege Log.pdf |

| | |
|---|---|
| COURT IDENTITY: | UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA<br>OCALA DIVISION |
| Case No.: | 5:24-cv-00137-JSM-PRL |
| Plaintiff(s): | Anthony Hernandez |
| Defendant(s): | BIH Express, Inc., et al. |
| Documents Served: | Plaintiff's Response to Defendants' Request for Production<br>LINK TO PRODUCTION:<br>https://ljwlegal.filev.io/r/s/4659Rs0XNH5FP4dyCcgRhisgsjxbnn0NPlVNBLu0bOOEsEl6IsEiYLs0<br>**This link will expire in 7 days if not downloaded.**<br>Plaintiff's Privilege Log |
| SENDER'S NAME: | Ryan M. Wechsler, Esq.<br>LONG, JEAN & WECHSLER, P.A. |
| Sender's Phone No. | (954) 597-6770 |

Regards,

*Renee C. Krieger*



**Renee Krieger**
Litigation Paralegal

**T :** (954) 597-6770
**F :** (954) 691-3906
**E :** renee@ljwlegal.com

1937 E. Atlantic Blvd. Suite 205
Pompano Beach, FL 33060



DO NOT SEND NOTICES, MOTIONS, OR PLEADINGS, OR ANY OTHER MATTER REQUIRING URGENT ATTENTION TO THE SENDER'S EMAIL ADDRESS. DOING SO DOES NOT CONSTITUTE LEGAL NOTICE AS REQUIRED BY THE RULES OF COURT. ALL SUCH NOTICES, PLEADINGS, OR MOTIONS MUST BE SENT TO [PLEADINGS@LJWLEGAL.COM](mailto:PLEADINGS@LJWLEGAL.COM).

This email is confidential and is intended solely for the use of the individual or entity to which it is addressed. If you are not the named addressee, you should not disseminate, distribute, or copy this email. If you have received this email in error, please notify the sender by a reply.

If this email is addressed to or sent by an attorney, this email is either an attorney-client privileged communication or a work-product privileged communication, or both. Long, Jean & Wechsler, P.A., as the sender and/or the intended recipient of this email expressly any and all rights to assert the aforesaid privileges, and do not waive any such rights thereto by virtue of an erroneous email transmission. The statement shall not hereafter be construed as limiting the assertion of any additional and further legal rights that the partied may have to limit or prohibit any further dissemination, distribution, copying or use of this email.